IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RUSSELL REED** **PLAINTIFF**

**v.** **No. 4:26-cv-904-DPM**

**KAREN D. WHATLEY, Judge, Circuit Court of Pulaski County, 16th Division; STATE OF ARKANSAS; DOES, Administrator, Circuit Court of Pulaski County, 16th Division** **DEFENDANTS**

## JUDGMENT

Reed's complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

22 September 2026