**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RUSSELL REED** **PLAINTIFF**

**v.** **No. 4:26-cv-904-DPM**

**KAREN D. WHATLEY, Judge, Circuit Court of Pulaski County, 16th Division; STATE OF ARKANSAS; DOES, Administrator, Circuit Court of Pulaski County, 16th Division** **DEFENDANTS**

**ORDER**

Russell's post-judgment motion for leave to file an amended complaint, *Doc. 6*, is denied. He hasn't followed this Court's local rules or explained how his amended complaint would cure the original's deficiencies. LOCAL RULE 5.5(e). And because his motion requests relief from a final judgment, it requires extraordinary circumstances; none are present here. *BLOM Bank SAL v. Honickman*, 605 U.S. 204, 210–11 (2025). His motion to appoint counsel, *Doc. 9*, is also denied; this case is closed.

So Ordered.

D.P. Marshall Jr.
United States District Judge

4 November 2026